# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CLAUDIO COOK, | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-189 (WDO) |
| | : | |
| MICHAEL L. DOMINGUEZ, Acting | : | |
| Secretary of the Air Force, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Plaintiff's motion to amend his complaint, having received no objection from the Defendant, is hereby GRANTED.

**SO ORDERED this 5th day of December, 2006.**

S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**